**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:
Harmon L. Fields,
                Debtor.

Chapter 7
Case No. 05-15679 (REG)

**DECLARATION OF HARMON L. FIELDS IN SUPPORT OF MOTION TO REOPEN**
**CHAPTER 7 BANKRUPTCY CASE**

    I, Harmon L. Fields, being duly sworn, state the following under penalty of perjury:

    1.    I submit this Declaration in support of the motion for entry of an order reopening the above-captioned bankruptcy case. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

    2.    I graduated college in 1965 and thereafter worked in a variety of fields, including social work and education. I enrolled in Brooklyn Law School in September of 1999 and graduated in June of 2002. I passed the bar exam in July 2002 and obtained my NY State Bar license in February 2003.

    3.    I filed for chapter 7 bankruptcy on July 25, 2005. I received a discharge on December 2, 2005 and my case was closed on December 6, 2005.

    4.    Since receiving my chapter 7 discharge, I have not incurred any additional secured or unsecured debt, nor have I acquired any new assets that I understand would not otherwise be exempt under the Bankruptcy Code.

    5.    I currently owe $57,018.83 on my federal student loan and $99,492.55 on my private student loans. My loans are held by Access Group and serviced by ACS.

    6.    I listed my student loan obligations on my 2005 petition, but I did not seek to discharge that debt at that time. I did not seek to discharge that debt, because I believed that my annual income would increase as I built my career as an attorney. I continued to make my monthly

student loan payments after my bankruptcy case closed and I did not default on those payments until August of 2016.

7. In 2005 I was earning approximately $50,000 per year as an attorney at Levy, Davis & Maher, LLP. I lost my job at Levy, Davis & Maher, LLP in September 2010.

8. Following six months of unemployment, I found a job as a document review attorney in March 2011. I currently receive $28/hour, but am not allowed to work more than 40 hours/week. My jobs are unpredictable and document review work is not always guaranteed. I also started receiving $1,725/month in social security benefits in June 2009.

9. A breakdown of my gross income for the past three years is as follows:

| Year | Social Security | Wages | Unemployment | Gross Total | Net Total |
| --- | --- | --- | --- | --- | --- |
| 2014 | $25,038 | $62,352 | $810 | $88,200 | $67,503 |
| 2015 | $25,606 | $32,121 | $9,305 | $67,032 | $51,838 |
| 2016 (to Aug. 1) | $12,809 | $21,500 | n/a | $34,309 | $28,614 |

I believe that I will receive an additional $23,000 by end of this year.

10. My total monthly expenses are as follows:

| EXPENSE | AMOUNT |
| --- | --- |
| Rent | $1,588 |
| Property, homeowner's, or renter's insurance | $8 |
| Home maintenance, repair, and upkeep expenses | n/a |
| Homeowner's association or condominium dues | n/a |
| Electricity, heat, natural gas | $40 |
| Water, sewer, garbage collection | n/a |
| Telephone, cell phone, Internet, satellite, and cable | $122 |
| Food and housekeeping supplies | $800 |
| Childcare and children's education costs | n/a |
| Clothing, laundry, and dry cleaning | $50 |
| Personal care, products and services | $50 |
| Medical and dental expenses | $650 |
| Transportation (not including car payments) | $55 |
| Entertainment, clubs, recreation | $120 |
| Charitable contributions and religious donations | $40 |
| Life insurance | n/a |
| Health insurance | $385 |
| Vehicle insurance | n/a |
| Taxes (not deducted from pay) | n/a |

| EXPENSE | AMOUNT |
|---|---|
| Car payments | n/a |
| Alimony, maintenance and support payments | n/a |
| Other (Student Loans) | $1,557 |
| **TOTAL** | $5,465 |

11.  In the fall of 2015, my monthly payments on my federal and private student loans increased to $195 per month and $1,362 per month, respectively.  In the fall of 2015, I therefore contacted Access Group to ask whether it would be possible to adjust the amount of my monthly student loan repayments.  Access Group said no.

12.  I continued to contact Access Group on a monthly basis to inquire as to whether I could work something out with them.  Access Group continued to tell me that there was nothing they could do.  I spoke to both Access Group representatives and Supervisors in my quest to lower my monthly payments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 23, 2016
       New York, New York

*[signature]*
Harmon L. Fields